Noel Agoha, (Petitioner)
V
Christopher Mason, Superintendent (Respondent)

Ammendment to proposed findings and Recommendation Objection.

Attention; Honorable Judge Dwane L. Tinsley.
I am writing to you sir, to let you know that i sent a response to why the filing fee of $5 had not been recieved by the court. I attached evidence that i sent out payment via a check issued by the jail i am currently incarcerated at. They debited my account (trust) on the 3rd of June 2025 and mailed it out on the 4th of June as explained by the counsellor.
But due to some incredible reasons the check never made it to the court Mailing address which is the P.O. Box.
I had called back the court on 6/24 to find out an easier or quicker way to make this payment, and i was told that a family member can pay electronically via debit card. So i reached out to my daughter/ex wife and she, my ex-wife was able to pay the $5 fee.
Today 6/25 i called back and the court confirmed to me that they have recieved the payment and that should help mitigate the failure to prosecute rule 41(b).
Your honor, I am asking and pleading that you help me to continue with my writ of habeas corpus, so that i can secure a relief in the nearest future.
P.T.O

Please let me know if there is anything i need to help & facilitate and expediate this process.
Thank you so much for your patience and understanding

Yours Sincerely

Noel Agoha. (Respondent).

Case 2:25-cv-00309   Document 12   Filed 06/30/25   Page 3 of 5 PageID #: 21

Noel Agoha   2:25-CV-00309
South Central Regional Jail
1001 Centre Way
Charleston, WV 25309

RECEIVED
JUN 30 2025
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF WV
CHARLESTON, WV 25301

US District Court
Attention: Clerk's office for Hon. Judge Dwane L. Tinsley
300 Virginia St. E, Rm 2400
Charleston, WV 25301

South Central Regional Jail
1001 Centre Way
Charleston, WV 25309