10-1-25.

Application for a court appointed attorney, For my writ of Habeas Corpus. Case # 2:25-CV-00309.

Noel Agoha
  V
Christopher Mason.

Dear Honorable Judge, Joseph R. Goodwin, U.S. District Judge. I hope this letter reaches you in good health and sound mind. I am Noel Agoha, I filed a writ, which is being handled by your honorable court in May 2025. I am still in need of a relief, I am still in ICE custody for a total of 19 months as of today.

The purpose of this letter, is to humbly request for a court appointed attorney, to help me take over and handle this Writ of habeas corpus. To make sure its handled by a professional moving forward and get a great outcome. I am limited in resources to see out the success of this writ, by myself, intellectually and financially also physically, as i am still detained at South Central regional jail here in Charleston, WV. I donot have a job or any financial support system that can afford me a paid legal representative. Tried to reach out to some pro-bono attorneys and organizations but they either didn't respond or said they did not have practise license in WV federal courts.

I humbly ask the Court to please, grant my request due consideration and appoint me, legal representation. To represent me in this case, hoping my case goes forward quicker, as its been over 3 months since the last event on it

2:25-CV-00309.

10-1-25

Thank you kindly,
Yours sincerely,
~~[signature]~~
Noel Agoha.